IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTIUAN D. COX,

      Petitioner,                    No. CIV S-08-1161 MCE DAD P

      vs.

ROBERT L. AVERS, Warden,

      Respondent.                FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a request for leave to file a petition for writ of habeas corpus in this court pursuant to 28 U.S.C. § 2254. The Clerk of Court opened this case upon the filing of the request. In his request petitioner explains that he is currently serving a return to custody revocation sentence because on November 30, 2007, the Board of Parole Hearings revoked his parole. Petitioner claims that he has filed a petition for writ of habeas corpus in the California Supreme Court and is still awaiting a decision in response thereto. Petitioner claims that he should be allowed to file a federal petition now because by the time a state habeas corpus petition is exhausted, the average parole revocation sentence will have been fully served.

        The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). If exhaustion is to be waived, it must

1  be waived explicitly by respondent's counsel. 28 U.S.C. § 2254(b)(3). A waiver of exhaustion,
2  thus, may not be implied or inferred. A petitioner satisfies the exhaustion requirement by
3  providing the highest state court with a full and fair opportunity to consider all claims before
4  presenting them to the federal court. Picard v. Connor, 404 U.S. 270, 276 (1971); Middleton v.
5  Cupp, 768 F.2d 1083, 1086 (9th Cir. 1986).

6  After reviewing petitioner's request for leave to file a federal petition for writ of
7  habeas corpus, the court finds that petitioner has not yet exhausted his state court remedies.
8  Petitioner's claims are currently pending at the California Supreme Court. Accordingly,
9  petitioner's request to file a petition for writ of habeas corpus should be denied and this action
10 should be closed.

11 Good cause appearing, IT IS HEREBY RECOMMENDED that:

12 1. Petitioner's May 27, 2008 request for leave to file a federal petition for writ of
13 habeas corpus prior to the exhaustion of state court remedies be denied;

14 2. Petitioner's May 27, 2008 request to proceed in forma pauperis be denied; and

15 3. This action be closed.

16 These findings and recommendations will be submitted to the United States
17 District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within
18 twenty days after being served with these findings and recommendations, petitioner may file
19 written objections with the court. The document should be captioned "Objections to Findings
20 and Recommendations." Petitioner is advised that failure to file objections within the specified
21 time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153
22 (9th Cir. 1991).

23 DATED: June 5, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
cox1161.103

2